NANCY WEINSTEIN *v.* LUKE A. WEINSTEIN
(AC 28236)

Bishop, Gruendel and Beach, Js.

Argued March 20—officially released April 22, 2008

Per Curiam. The appeal is dismissed as moot.

WILLIAM D. PIERCE *v.* COMMISSIONER OF
CORRECTION
(AC 28127)

Harper, Robinson and Peters, Js.

Argued March 24—officially released April 22, 2008

Per Curiam. The appeal is dismissed.

JOSEPH C. HALIK *v.* MICHAEL DE FILIPPO ET AL.
(AC 27656)

Gruendel, Harper and Peters, Js.

Argued March 24—officially released April 22, 2008

Per Curiam. The judgment is affirmed.